**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALYER, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-06129-LB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| HOTEL-TONIGHT, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stephen Salyer and Defendant Hotel Tonight, Inc. sued as HotelTonight, by and through their respective attorneys, hereby stipulate that all claims asserted by Plaintiff individually in this action are dismissed with prejudice and all claims on behalf of the putative class are dismissed without prejudice.

Dated: March 11, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KALIEL PLLC
　　　　　　　　　　　　　　　　　　JEFFREY D. KALIEL
　　　　　　　　　　　　　　　　　　SOPHIA GOLD

　　　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey Kaliel
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Kaliel

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Stephen Salyer


Dated: March 11, 2019　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP
　　　　　　　　　　　　　　　　　　ROXANE POLIDORA

　　　　　　　　　　　　　　　　　　By:　　/s/ Roxane A. Polidora
　　　　　　　　　　　　　　　　　　　　　　　Roxane A. Polidora

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Hotel Tonight, Inc. sued as HotelTonight

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March 2019, that a true and correct copy of the foregoing document was served by electronic mail as furnished via the CM/ECF system.

/s/ Jeffrey Kaliel
Jeffrey Kaliel

### ECF ATTESTATION

I, Jeffrey Kaliel, hereby attest that Roxane A. Polidora, counsel for Defendant, has concurred in this filing.

Dated:  March 11, 2019                                  /s/ Jeffrey Kaliel
                                                                           Jeffrey Kaliel